1  MCGREGOR W. SCOTT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
   Telephone: (916) 554-2741
5  Facsimile:  (916) 554-2900
   email: Kelli.L.Taylor@usdoj.gov
6

7  Attorneys for Petitioner United States

8 **IN THE UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>MARK A. WIMBLEY,<br><br>Respondent. | **1:18-CV-000212-AIW-SKO**<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING AND ORDER**<br><br>(Doc. 5.)<br><br>**Taxpayer:**<br>**MARK A. WIMBLEY**<br><br>**OLD HEARING DATE:**<br><br>**Date:   April 25, 2018**<br>**Time:   9:30 a.m.**<br>**Ctrm:   7, 6th Floor**<br>**Judge;  Honorable Sheila K. Oberto**<br><br>**NEW HEARING DATE:**<br><br>**Date:   May 2, 2018**<br>**Time:   9:30 a.m.**<br>**Ctrm:   7, 6th Floor**<br>**Judge:  Honorable Sheila K. Oberto** |

Petitioner, UNITED STATES, hereby requests that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Wednesday, April 25, 2018, at 9:30 a.m., in Courtroom No. 7, before the Honorable Sheila K. Oberto.  The

PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER                                    1
TO SHOW CAUSE HEARING AND ORDER

additional time is needed in order to (1) make further attempts of service upon the respondent, MARK A. WIMBLEY; and (2) have sufficient time to file and serve a Motion for Alternate Service of Process, should further attempts at service fail. A proposed Order is submitted herewith.

Dated: March 23, 2018

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By: */s/ Kelli L. Taylor*
KELLI L. TAYLOR
Assistant U.S. Attorney
Attorneys for Petitioner
United States

**ORDER**

Petitioner United States of America's request for a continuance is hereby GRANTED. Accordingly, IT IS HEREBY ORDERED that the show cause hearing is CONTINUED from April 25, 2018, to Wednesday, May 2, 2018, at 9:30 a.m., in Courtroom No. 7 before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **March 23, 2018**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE