# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>MARK A. WIMBLEY,<br><br>Respondent. | No. 1:18-cv-00212-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

On April 10, 2018, Petitioner filed a Notice of Voluntary Dismissal of Petition Re: Tax Summons Enforcement, in which Plaintiffs notified the Court of the dismissal of this action without prejudice. (Doc. 10.) Petitioner filed this notice before the respondent served either an answer or a motion for summary judgment. As such, Petitioner has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **April 11, 2018**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE